No. 1512, Misc. DAVIS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1503, Misc. HUNT v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 1516, Misc. SEGURA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1520, Misc. IN RE PINNEY REALTY CO., INC. C. A. 1st Cir. Certiorari denied.

No. 1532, Misc. MAGEE v. WHITTAKER, SHERIFF, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1533, Misc. RICHARDSON v. WAINWRIGHT, COR-RECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1552, Misc. HEARD v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1557, Misc. WILLIAMS v. FIELD, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1582, Misc. STILTNER v. RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Sup. Ct. Wash. Certiorari denied.